# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00166-CV

**Appellants, Kimberly McNeely, Acting Director of PARD, in her Official Capacity; and the City of Austin // Cross-Appellant, Watertight Endeavors, Inc. d/b/a Austin Party Cruises**

**v.**

**Appellee, Watertight Endeavors, Inc. d/b/a Austin Party Cruises // Cross-Appellees, Kimberly McNeely, Acting Director of PARD, in her Official Capacity; and the City of Austin**

### FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-18-000004, THE HONORABLE KARIN CRUMP, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants, Kimberly McNeely, Acting Director of PARD, in her Official Capacity, and the City of Austin, have filed an unopposed motion to dismiss this appeal. We grant appellants' motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

Cross-appellant, Watertight Endeavors, Inc. d/b/a Austin Party Cruises, has also filed an unopposed motion to dismiss its cross-appeal. We grant the cross-appellant's motion and dismiss the cross-appeal. *See id.*

_____

Cindy Olson Bourland, Justice

Before Justices Puryear, Pemberton, and Bourland

Dismissed on Appellants' Motion

Filed:   May 16, 2018